# Exhibit 1

# SSL SEA SHIPPING LINE

**BILL OF LADING**
FMC: 010787N

| SHIPPER/EXPORTER<br>MY EQUIPMENT LLC<br>1400 BROADFIELD BLVD SUITE 200<br>HOUSTON TX 77084 | BOOKING NUMBER<br>YCH823430 | BILL OF LADING NUMBER<br>276635-100 |
|---|---|---|
| | EXPORT REFERENCES<br>**SHIPPERS REFERENCE #:** | |
| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SMITMA B.V.<br>COLUMBUSWEG 13<br>TRADE PORT 8333<br>5928 LA VENLO HOLLAND<br>TEL: +31 77 3999 840 | FORWARDING AGENT | |
| | ORIGIN<br>TX | Shippers declared value subject to extra freight as per tariff and clause 7(3) of this B/L in US Dollars |
| NOTIFY PARTY<br>SAME AS CONSIGNEE | FOR DELIVERY PLEASE APPLY TO<br>FCL Marine Agencies Belgium BVBA<br>Schomhoeveweg 15<br>2030 ANTWERPEN<br><br>ANTWERP, BELGIUM<br>Tel:32 (0) 3 541 91 31 Fax:32 (0) 3 541 94 89 | |
| PRE-CARRIAGE | PLACE OF RECEIPT | PIER |
| VESSEL / VOYAGE<br>PHILADELPHIA EXPRESS 78E | PORT OF LOADING<br>HOUSTON, TX, UNITED STATES | NUMBER OF ORIGINAL BL's | TOTAL NUMBER OF PACKAGES |
| PORT OF DISCHARGE<br>ANTWERP, BELGIUM | PLACE OF DELIVERY BY ON-CARRIER | **NON-NEGOTIABLE COPY** |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NUMBERS | DESCRIPTION OF COMMODITIES | WEIGHT (LBS/KILOS) | MEASURE (CFT/CME) |
|---|---|---|---|
| | 1 x 40 HIGH CUBE SL&C STC: | | |
| TEMU7666062<br>1434972 | 1 Packages USED CATERPILLAR<br>MOTOR GRADER<br>MODEL: 160H<br>S.N: 9EJ00721<br>YEAR: 1999<br><br>**DISASSEMBLED**<br><br>HS CODE: 8429.20 | 38000/17236.8 | / |
| | SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>LADEN ON BOARD: 12/20/20 MOVE:CY/CY<br>**FREIGHT: PREPAID**<br><br>ITN: X20201215588411<br>**END OF SHIPMENT DETAILS** | 38000/17236.8 | 0/0 |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customers notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier. In WITNESS whereof three (3) original bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order. CARGO MOVING PURSUANT TO AN NRA-RULES TARIFF AVAILABLE AT WWW.ETM.COM. Signed on behalf of the Carrier. |
|---|---|---|---|---|---|

| PLACE OF ISSUE<br>Shenandoah, TX USA | DATE OF ISSUE<br>12/20/20 | CURRENCY<br>USD | TOTAL | TOTAL | BY SEA SHIPPING LINE AS CARRIER |
|---|---|---|---|---|---|

**SSL SEA SHIPPING LINE**

**BILL OF LADING**
FMC: 010787N

| SHIPPER/EXPORTER | BOOKING NUMBER | BILL OF LADING NUMBER |
|---|---|---|
| MY EQUIPMENTS LLC<br>1400 BROADFIELD BLVD SUITE 200<br>HOUSTON TX 77084 | YCH813276 | 274574-100 |
| | EXPORT REFERENCES<br>SHIPPERS REFERENCE #: INV.# 5406 | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT |
|---|---|
| SMITMA B.V.<br>COLUMBUSWEG 13<br>TRADE PORT 8333<br>5928 LA VENLO NETHERLAND<br>TEL. +31 77 3999 840 | |
| | ORIGIN<br>TX |
| NOTIFY PARTY<br>SAME AS CONSIGNEE | FOR DELIVERY PLEASE APPLY TO<br>FCL Marine Agencies Belgium BVBA<br>Schomhoeveweg 15<br>2030 ANTWERPEN<br><br>ANTWERP, BELGIUM<br>Tel:32 (0) 3 541 91 31 Fax:32 (0) 3 541 94 89 |

Shippers declared value subject to extra freight as per tariff and clause 7(3) of this B/L in US Dollars

| PRE-CARRIAGE | PLACE OF RECEIPT | PIER | |
|---|---|---|---|
| VESSEL / VOYAGE<br>MOL GRATITUDE 134E | PORT OF LOADING<br>HOUSTON, TX, UNITED STATES | NUMBER OF ORIGINAL BL's | TOTAL NUMBER OF PACKAGES |
| PORT OF DISCHARGE<br>ANTWERP, BELGIUM | PLACE OF DELIVERY BY ON-CARRIER | **NON-NEGOTIABLE COPY** | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NUMBERS | DESCRIPTION OF COMMODITIES | WEIGHT (LBS/KILOS) | MEASURE (CFT/CME) |
|---|---|---|---|
| | 1 x 40 HIGH CUBE SL&C STC: | | |
| TLLU4184330<br>1435009 | 1 Package USED CATERPILLAR<br>MOTOR GRADER<br>MODEL: 140H<br>S.N: 2ZK04409<br>YEAR: 1999<br>ENG S/N: 6NC15664<br>TRANS S/N: 4MY6342<br>**DISASSEMBLED**<br><br>HS CODE: 8429.20 | 38000/17236.8 | / |
| | SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>LADEN ON BOARD: 11/12/20 MOVE:CY/CY<br>**FREIGHT: PREPAID**<br><br>ITN: X20201106510657<br>**END OF SHIPMENT DETAILS** | 38000/17236.8 | 0/0 |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT | |
|---|---|---|---|---|---|
| | | | | | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customers notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier. In WITNESS whereof three (3) original bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order. CARGO MOVING PURSUANT TO AN NRA-RULES TARIFF AVAILABLE AT WWW.ETM.COM. Signed on behalf of the Carrier. |

| PLACE OF ISSUE | DATE OF ISSUE | CURRENCY | TOTAL | TOTAL | BY SEA SHIPPING LINE AS CARRIER |
|---|---|---|---|---|---|
| Shenandoah, TX USA | 11/12/20 | USD | | | |

# SSL SEA SHIPPING LINE

**BILL OF LADING**
FMC: 010787N

| SHIPPER/EXPORTER | BOOKING NUMBER | BILL OF LADING NUMBER |
|---|---|---|
| MY EQUIPMENT LLC<br>1400 BROADFIELD BLVD SUITE 200<br>HOUSTON TX 77084 | YCH813289 | 274571-100 |
| | EXPORT REFERENCES<br>SHIPPERS REFERENCE #: INV#. 5400 | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT |
|---|---|
| BIG MACHINERY B.V.<br>SCHIEMERIK 1<br>5334 NL VELDDRIEL<br>THE NETHERLANDS<br>P +31 (0)418 674 545 / F +31 (0)418 633 108 | |

| | ORIGIN | Shippers declared value subject to extra freight as per tariff and clause 7(3) of this B/L in US Dollars |
|---|---|---|
| | TX | |

| NOTIFY PARTY | FOR DELIVERY PLEASE APPLY TO |
|---|---|
| SAME AS CONSIGNEE | FCL Marine Agencies Belgium BVBA<br>Schomhoeveweg 15<br>2030 ANTWERPEN<br><br>ANTWERP, BELGIUM<br>Tel:32 (0) 3 541 91 31 Fax:32 (0) 3 541 94 89 |

| PRE-CARRIAGE | PLACE OF RECEIPT | PIER | |
|---|---|---|---|
| VESSEL / VOYAGE<br>MOL GRATITUDE 134E | PORT OF LOADING<br>HOUSTON, TX, UNITED STATES | NUMBER OF ORIGINAL BL's | TOTAL NUMBER OF PACKAGES |
| PORT OF DISCHARGE<br>ANTWERP, BELGIUM | PLACE OF DELIVERY BY ON-CARRIER | **NON-NEGOTIABLE COPY** | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NUMBERS | DESCRIPTION OF COMMODITIES | WEIGHT (LBS/KILOS) | MEASURE (CFT/CME) |
|---|---|---|---|
| | 1 x 40 HIGH CUBE SL&C STC: | | |
| YMLU8795150<br>1434855 | 1 Package USED CATERPILLAR<br>MOTOR GRADER<br>MODEL: 12G<br>S.N: 61M2264<br>YEAR: 1975<br>**DISASSEMBLED**<br><br>HS CODE: 8429.20 | 35000/15876 | / |
| | SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>LADEN ON BOARD: 11/12/20 MOVE:CY/CY<br>**FREIGHT: PREPAID**<br><br>ITN: X20201105476368<br>**END OF SHIPMENT DETAILS** | 35000/15876 | 0/0 |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, and local privileges and customers notwithstanding. The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier. In WITNESS whereof three (3) original bills of Lading have been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order. CARGO MOVING PURSUANT TO AN NRA-RULES TARIFF AVAILABLE AT WWW.ETM.COM. Signed on behalf of the Carrier. |
|---|---|---|---|---|---|
| PLACE OF ISSUE<br>Shenandoah, TX USA | DATE OF ISSUE<br>11/12/20 | CURRENCY<br>USD | TOTAL | TOTAL | BY SEA SHIPPING LINE AS CARRIER |