# Exhibit 3

FPF OFFICE
2350 N.SAM HOUSTON PWY E,
#1030
HOUSTON, TX 77032



## NOTICE OF SEIZURE AND INFORMATION TO CLAIMANTS
## NON-CAFRA FORM

February 07, 2021

CERTIFIED - RETURN RECEIPT REQUESTED USPS - 7018 0360 0001 4890 0528

Sea Shipping Line
19221 I-45 SUITE 450
SHENANDOAH, TX 77385

Re:   Case Number: 2021530100017101

Dear Sir/Madam:

This is to notify you that U.S. Customs and Border Protection (CBP) seized the property described below at HOUSTON on December 23, 2020:

| | | | |
|---|---|---|---|
| 1 | EA | 1999 Caterpillar Motor Grader partially disassembled | 2ZK04409 |
| 1 | EA | 6 tires with wheels part of line item 1 | 2ZK04409 |
| 1 | EA | Cab part of line item 1 | 2ZK04409 |

The appraised domestic value of the property is $73,602.00.

The property was seized and is subject to forfeiture under the provisions of:

19 USC 1595a(d), 22 USC 401, 19 CFR 192.2 - Export of Self-Propelled Vehicles and/or Vehicle Parts Without Presenting Vehicle and Documentation Required by Regulations

The facts available to CBP indicate that you might have an interest in the seized property. The purpose of this letter is to advise you of the options available to you concerning this seizure. <u>An important document – an "Election of Proceedings" form is enclosed with this letter.</u> You must choose one of the options outlined below, indicate your choice on the "Election of Proceedings" form, and return it and any other necessary documents to CBP within the allotted time frame. Should you choose to abandon the property, you must still complete the "Election of Proceedings" form and return it to CBP.

Your options are as follows:

1. **Petition:**  You may file a petition with this office within 30 days from the date of this letter in accordance with Title 19, United States Code (U.S.C.), Section 1618 (19 U.S.C. §1618) and Title 19, Code of Federal Regulations (C.F.R.), Sections 171.1 and 171.2 (19 C.F.R. §§ 171.1, 171.2), seeking remission of the forfeiture. The petition does not need to be in any specific form, but it must describe the property involved, identify the date and place of the seizure, include all the facts and circumstances which you believe warrant relief from forfeiture, and must include proof of your interest in or claim to the property. Examples of proof of interest include, but are not limited to a car title, loan agreement, or documentation of the source of funds.  If you choose this option, you must check **Box 1** on the "Election of Proceedings" form .

   By completing Box 1 on the "Election of Proceedings" form, you are requesting administrative processing of your case by CBP. You are requesting that CBP refrain from beginning forfeiture proceedings while your petition is pending or that CBP halt administrative forfeiture proceedings, if they have already commenced. However, if CBP has already referred the matter to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your petition will be forwarded to the U.S. Attorney for consideration.

   If you are dissatisfied with the petition decision (initial petition or supplemental petition), you will have an additional 60 days from the date of the initial petition decision, or 60 days from the date of the supplemental petition decision, or such other time as specified by the Fines, Penalties and Forfeitures Officer to file a claim to the property, along with the required cost bond, requesting referral of the matter to the U.S. Attorney's Office for judicial action. If you do not act within these time frames, CBP may forfeit the property to the United States as authorized by law.

   At any point prior to the forfeiture of the property, you may request a referral to the U.S. Attorney by filing a claim and cost bond.  *Please see section 4 of this letter for information on how to file a claim and cost bond.*  If you take such action after filing a petition for relief, your pending petition will be withdrawn from consideration.

2. **Offer in Compromise:**  At any time prior to forfeiture, you may file an offer in compromise in accordance with Title 19, U.S.C., Section 1617 (19 U.S.C. § 1617) and Title 19, C.F.R., Sections 161.5 and 171.31 (19 C.F.R. §§ 161.5, 171.31). The offer must specifically state that you are making it under the provisions of 19 U.S.C. § 1617. If you are offering money in settlement of the case, you must include payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) in the amount of your offer.  CBP may only consider the amount of your offer and will return the full offer if it is rejected.  *This option may serve to delay the case.*  If you choose this option, you must check **Box 2** on the "Election of Proceedings" form.

   If you chose to submit an offer in compromise and are dissatisfied with the offer decision, you will have an additional 30 days from the date of the offer decision to file a claim and bond requesting a referral for judicial action. If you do not act within the additional 30 days, the property may be forfeited to the United States.

   You may also request a referral for judicial action at any point prior to the issuance of the offer in compromise decision. *(Please see section 4 of this letter for information on how to file a*

*claim and cost bond.)* If you take such action, your petition or offer will be considered to have been withdrawn.

If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the United States Attorney for consideration as an offer of settlement in the judicial case, as appropriate.

3. **Abandon:** You may abandon the property or state that you have no claim to or interest in it. <u>If you choose this option, you should check **Box 3** on the "Election of Proceedings" form.</u> The Government may proceed with forfeiture proceedings or address claims from other parties concerning the property, without further involving you.

4. **Court Action:** You may request to have this matter referred to the U.S. Attorney for institution of judicial forfeiture proceedings by notifying the office identified in this letter, in writing, that you do not intend to file a petition or offer in compromise with CBP or post the value of the merchandise to obtain its release on payment (see below). <u>If you choose this option, you should check **Box 4** on the "Election of Proceedings" form.</u>

If you chose this option, you must submit to CBP (at the address provided at the end of this letter) a claim and cost bond in the penal sum of $5,000 or 10 percent of the value of the claimed property, whichever is less, but in no case shall the amount of the bond be less than $250.00.

If you file the claim and bond, the case will be referred promptly to the appropriate U.S. Attorney for the institution of judicial proceedings in Federal court to forfeit the seized property in accordance with 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. You may then file a petition for relief with the Department of Justice pursuant to Title 28, Code of Federal Register, Part 9 (28 C.F.R. Pt. 9). Failure to submit a bond with the claim will render the request for judicial proceedings incomplete, and therefore, defective. This means that the case will NOT be referred to the appropriate U.S. Attorney.

If you wish the Government to seek judicial forfeiture proceedings but cannot afford to post the bond, you should contact the Fines, Penalties & Forfeitures Officer or Asset Forfeiture Officer of CBP (where applicable) so that CBP can make a determination of your financial ability to pay the bond. If a determination of inability to pay is made, the cost of the bond may be waived in its entirety. The case will be referred promptly and you may then file a petition for relief with the Department of Justice pursuant to 28 C.F.R. Pt. 9.

**Take No Action:** If you choose to do nothing, CBP may seek to forfeit the property. In order to obtain forfeiture, CBP must publish a notice of seizure and intent to forfeit for 30 consecutive days, and after that time the Government acquires full title to the seized property. <u>The first notice will be posted on or about 30 days from the date of this letter.</u>

For property appraised in excess of $5,000, CBP will post notice of seizure and intent to forfeit on the internet at www.forfeiture.gov for 30 consecutive days.

For property appraised at $5,000 or less, CBP will post a notice of seizure and intent to forfeit in a conspicuous place accessible to the public at the customhouse or Border Patrol sector office (where appropriate) nearest the place of seizure as well as on the internet at www.forfeiture.gov for 30 consecutive days.

**Release on Payment:** If the seized merchandise is not, by law, prohibited from entry into the commerce of the United States, you may, within 30 days of this letter, submit an offer to pay the full appraised domestic value of the seized property accompanied by the full payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) or an irrevocable letter of credit in accordance with 19 U.S.C. § 1614 and 19 C.F.R. § 162.44.

If CBP accepts your offer to substitute release of the seized property on payment, the property will be immediately released, and the payment or letter of credit will be substituted for the seized property. You may still submit a petition, offer in compromise, or file a claim and cost bond requesting that the matter be referred to the U.S. Attorney's Office, and you must check the appropriate box on the "Election of Proceedings" form. The decision letter on your offer will provide you with the time frames for those options. If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your offer will be forwarded to the U.S. Attorney for consideration.

**Holder of a Lien or Security Interest:** If you are a holder of a lien or security interest and you do not file a request for court action (option 4 above), you may avail yourself of any of the other options listed. No relief will be granted to you until after forfeiture, unless your petition, offer or request is accompanied by an agreement to hold the United States, its officers and employees harmless, and a release from the registered owner and/or person from whom the property was seized.

All accompanying documents, including supporting documents, must be in the English language or accompanied by an English language translation and submitted in duplicate.

No matter which box you check on the "Election of Proceedings" form, you should sign, date and return the form, along with any petition, offer in compromise, or request for judicial proceedings if those documents are necessary to support the option you choose. *If you did not receive this form, please call the telephone number below.*

In addition to the seizure and forfeiture liability, you may be liable for a civil penalty in this matter. If you are liable for a civil penalty, details on the civil penalty are in the attached letter; or, if not attached, are being prepared and will be mailed shortly.

Page 5 of 5 (ATT 8-B: Revised November 2014)

All correspondence should be addressed to U.S. Customs and Border Protection, FPF OFFICE, 2350 N.SAM HOUSTON PWY E,#1030, HOUSTON, TX 77032. If further information is required, contact Trini Williams at Fines, Penalties and Forfeitures Office at (281) 441-2628 or Trini.N.Williams@cbp.dhs.gov. All inquiries should reference the case number.

Sincerely,

Signed in SEACATS by NOMEVA N WILLIAMS on behalf of
JOSEPH R FERNANDEZ, FPFO on 02/07/2021 01:57:31 EST

## NOMEVA N WILLIAMS

JOSEPH R FERNANDEZ
Fines, Penalties and Forfeitures Officer

Enclosures:  Non-CAFRA Election of Proceedings

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO
PROSECUTION UNDER TITLE 18 U.S.C. SECTION 1001 AND/OR 1621, AND
MAY BE PUNISHABLE BY A FINE AND IMPRISONMENT

## ELECTION OF PROCEEDINGS - NON-CAFRA FORM

NOTE: PLEASE READ THE LETTER NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP) AT FPF OFFICE, 2350 N.SAM HOUSTON PWY E,#1030, HOUSTON, TX 77032.

I understand that property in which I have an interest has been seized by U.S. Customs and Border Protection (CBP)/ U.S. Immigration and Customs Enforcement (ICE) under Case Number 2021530100017101.

Check ONLY ONE of the following choices:

☐ 1. **I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My petition is attached. By making this request, I understand that I am giving up my right to (1) immediately begin administrative forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19 C.F.R. § 162.45, or (2) have the case immediately referred to the U.S. Attorney for court action, as provided by 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. If administrative forfeiture has begun, it will be stopped until my petition is considered. However, I understand that *at any time* I can request, in writing, that you begin administrative forfeiture proceedings, and you will continue to consider my petition. I also understand that *at any time* I can file a claim and bond with CBP and CBP's consideration of my petition will stop and the case will be sent to the U.S. Attorney's Office for court action.

☐ 2. **I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My offer is attached. By making this request, I understand that I am giving up my right to (1) immediately begin administrative forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19 C.F.R. § 162.45, or (2) have the case immediately referred to the U.S. Attorney for court action, as provided by 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. If administrative forfeiture has begun, it will be stopped until my offer is considered. However, I understand that *while my offer is under consideration* I can request, in writing, that CBP begin administrative forfeiture proceedings, and CBP will continue to consider my offer. I also understand that *while my offer is under consideration* I can file a claim and cost bond with CBP and CBP's consideration of my offer will stop and the case will be sent to the U.S. Attorney's Office for court action.

☐ 3. **I ABANDON THE PROPERTY AND I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY.** Please immediately begin publication of the notice of seizure and intent to forfeit. I abandon any claim or interest in the property.

☐ 4. **I REQUEST THAT CBP SEND MY CASE FOR COURT ACTION.** Please immediately refer the case to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings. I am filing/will file a claim and bond with CBP.

☐ 5. **I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY.** Please immediately begin publication of the notice of seizure and intent to forfeit the property, and consider any petition or offer in compromise which I may timely file. I understand that within thirty (30) days of the first publication of the notice, I can request that CBP send the case to the U.S. Attorney's Office for institution of judicial forfeiture proceedings.

_____ _____
Name (Print) Date

_____
Signature

**Steve Carroccia**

| | |
|---|---|
| **From:** | Logistics (MY-Equipment) <logistics@my-equipment.com> |
| **Sent:** | Monday, November 9, 2020 11:54 AM |
| **To:** | Jacob Alley; mary ann garcia |
| **Cc:** | Amber Julian; Ana Fregoso; Sheryl Gepilango; yvette cadungon; hou.docs |
| **Subject:** | RE: PROOF HBL – SSL REF: 274574-100, BOOKING# YCH813276, YOUR REF: INV.# 5406 |
| **Attachments:** | PO - 140H 2ZK04409.pdf |

**PIECE COUNT**
1 X MAIN CHASSIS - CAT 140H; 2ZK04409
1 X CAB
6 X TIRES
3 X FENDERS
1 X STACK

*Thank you,*
*Katina Stokes*



QUALITY EQUIPMENT | GREAT VALUE

**1400 Broadfield Blvd Suite 200, Houston, TX 77084**
**Tel: 281-934-1733 | 281-934-1723**
**Fax: 281-934-4003**
**Email:** katina@my-equipment.com   **URL:** www.my-equipment.com

---

**From:** Jacob Alley
**Sent:** Monday, November 9, 2020 12:24 PM
**To:** mary ann garcia; Logistics (MY-Equipment)
**Cc:** Amber Julian; Ana Fregoso; Sheryl Gepilango; yvette cadungon; hou.docs
**Subject:** RE: PROOF HBL - SSL REF: 274574-100, BOOKING# YCH813276, YOUR REF: INV.# 5406

Katina,

Appears this shipment in on outbound CBP hold

Please oblige below request from the officer handing this exam. (note: I already provided him the invoice)

Good morning,

At this time I am requesting the following documents for this shipment

1

- A full and complete packing list
- An invoice
- A bill of sale
- Dock receipt
- Copy of vehicle ownership documents
- Any other relevant documents to the shipment

Thank you,

CBPO Wayne Wende
U.S. Customs and Border Protection
Houston Seaport
Outbound Enforcement Team
281-291-7985 (Office

Please note we will be working from home until further notice. We will be fully functioning, however, we will only be printing out Original Bills of Lading on Wednedsays and sending to customers via Fedex.

**\*\*Also, We request that you send payments via Pay Cargo, Ach, or Scanned Check Copy via Email with the original check mailed to us to expedite receipt of payment.**

Thank you,

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

For fast access of schedules and tracking, please utilize our website:
http://www.seashipping.com/scheduling.htm

Thanks,
Jacob Alley
Sea Shipping Line (Houston)
19221 I-45, Suite 450
Shenandoah, TX 77385
Tel: 281-877-0810
Fax : 281-877-0660

  

If this email includes a rate quotation:   If the quotation is accepted by you making a booking, it will result in a NRA (Negotiated Rate Arrangement) between you and Sea Shipping Line (See additional terms on the bill of lading).

**Privileged / Private / Confidential:** This message and all attachments are intended only for the use of the individual or entity to whom this message is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable federal or state law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received

2

this communication in error, please notify us immediately by telephone and return the original message and all attachments (and all copies you may have made) to us at the above address via regular U.S. mail.

---

From: mary ann garcia <maryann.g@Seashipping.com>
Sent: Monday, November 9, 2020 10:11 AM
To: Logistics (MY-Equipment) <logistics@my-equipment.com>
Cc: Amber Julian <amber.j@Seashipping.com>; Ana Fregoso <Ana.f@Seashipping.com>; Jacob Alley <jacob.a@Seashipping.com>; Sheryl Gepilango <Sheryl.m@Seashipping.com>; yvette cadungon <yvette.c@Seashipping.com>
Subject: Re: PROOF HBL - SSL REF: 274574-100, BOOKING# YCH813276, YOUR REF: INV.# 5406

Hi Katina,

Noted on your approval. Final docs to be issued once vessel sails.

Thanks!

Regards,
**Mary Ann Garcia**
**Sea Shipping Line**
Export Documentation Staff
Email: *Maryann.g@seashipping.com*
Documentation: *hou.docs@seashipping.com*

Please note that due to the Coronavirus, all Sea Shipping Line employees in Los Angeles, Houston, Oakland and Seattle will be working from home until further notice. Our operations are fully functional; however, printing and release of Original Bills of Lading may be delayed

**\*\*Also, We request that you send payments via Pay Cargo, Ach, or Scanned Check Copy via Email with the original check mailed to us to expedite receipt of payment.**

Privileged / Private / Confidential: This message and all attachments are intended only for the use of the individual or entity to whom this message is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable federal or state law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message and all attachments (and all copies you may have made) to USA at the above address via regular U.S. mail.

**From:** Logistics (MY-Equipment) <logistics@my-equipment.com>
**Sent:** Monday, November 9, 2020 10:05 AM
**To:** mary ann garcia <maryann.g@Seashipping.com>
**Cc:** Amber Julian <amber.j@Seashipping.com>; Ana Fregoso <Ana.f@Seashipping.com>; Jacob Alley <jacob.a@Seashipping.com>; Sheryl Gepilango <Sheryl.m@Seashipping.com>; yvette cadungon <yvette.c@Seashipping.com>
**Subject:** RE: PROOF HBL - SSL REF: 274574-100, BOOKING# YCH813276, YOUR REF: INV.# 5406

Draft BL is approved

Thank you,
Katina Stokes



QUALITY EQUIPMENT | GREAT VALUE

**1400 Broadfield Blvd Suite 200, Houston, TX 77084**
**Tel: 281-934-1733 | 281-934-1723**
**Fax: 281-934-4003**
**Email:** katina@my-equipment.com   **URL:** www.my-equipment.com

---

**From:** mary ann garcia
**Sent:** Friday, November 6, 2020 5:00 PM
**To:** Logistics (MY-Equipment)
**Cc:** Amber Julian; Ana Fregoso; Jacob Alley; Sheryl Gepilango; yvette cadungon
**Subject:** PROOF HBL - SSL REF: 274574-100, BOOKING# YCH813276, YOUR REF: INV.# 5406

Hi Katina,

Please see attached proof copy for your review and approval.

**Any corrections received after sailing date are subject to Manifest Correction fees.**

Thanks!

Regards,
**Mary Ann Garcia**
Sea Shipping Line
Export Documentation Staff
Email: *Maryann.g@seashipping.com*
Documentation: *hou.docs@seashipping.com*

**Please note that due to the Coronavirus, all Sea Shipping Line employees in Los Angeles, Houston, Oakland and Seattle will be working from home until further notice. Our operations are fully functional; however, printing and release of Original Bills of Lading may be delayed**

4

**\*\*Also, We request that you send payments via Pay Cargo, Ach, or Scanned Check Copy via Email with the original check mailed to us to expedite receipt of payment.**

**Privileged / Private / Confidential:** This message and all attachments are intended only for the use of the individual or entity to whom this message is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable federal or state law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message and all attachments (and all copies you may have made) to USA at the above address via regular U.S. mail.



QUALITY EQUIPMENT | GREAT VALUE

1400 Broadfield Blvd Suite 200 Houston, TX 77084
Tel: 281-934-4000 Fax: 281-934-4003
Email: sales@my-equipment.com
Web: www.my-equipment.com

| SOLD TO | Smitma b.v. | SHIP TO | Dutch/Belgian Port Inside |
| --- | --- | --- | --- |
| | Columbusweg 13 | | 40ft Container. |
| | Trade Port 8333 | | |
| | 5928 LA Venlo Holland | | |
| | Tel. +31 77 3999 840 | | |

| DOC TYPE | INVOICE NUMBER | INVOICE DATE | CUSTOMER NUMBER | CUSTOMER ORDER NUMBER | SHIP VIA | SALES MAN | TERMS | PAGE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 5406 | 09/16/2020 | | | | O.Y | WIRE | 1 |

| MAKE | MODEL | PIN / SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH ID NO. |
| --- | --- | --- | --- | --- | --- |
| CAT | 140H | 2ZK04409 | | 12443 | |

| ITEM | DESCRIPTION | UNIT PRICE |
| --- | --- | --- |
| (1) USED CATERPILLAR MOTOR GRADER MODEL: 140H S.N: 2ZK04409 YEAR: 1999 | ENG S/N: 6NC15664<br>TRANS S/N: 4MY6342<br><br>LIGHTS CAB MOUNTED, LIGHTS WORK<br>AIR CONDITIONER WITH HEATER<br>FAN DEFROSTER FRONT WINDOW<br>FAN DEFROSTER REAR WINDOW<br>MIRRORS OUTSIDE MOUNTED<br>SPEEDOMETER/TACHOMETER<br>ENGINE VHP AND LOW EMISSIONS<br>AIR DRYER, PROTECTION TIRE CHAINS<br>BATTERIES HEAVY DUTY, STARTING AID ETHER<br>LINES PLOW/DOZER LIFT-RIGHT<br>RADIO READY ENTERTAINMENT<br>POWER PORT 12V ACCESSORY LP<br>MIRRORS DUAL INSIDE, PROTECTION SNOW<br>HYDRAULICS BASE & 3 FUNCTIONS<br>MOUNT SNOW WING FRAME READY<br>BLADE 14' X 27" X 1", WIPER/WASHER REAR LP<br>ALTERNATOR 75 AMP, TIRES 14.0R24 MX XGLA2 1* MP<br>HEATER ENGINE COOLANT 120V<br>DOMESTIC TRUCK. | US$ 64,000/- C&F Dutch Belgian Port in 40ft Container. |
| | TERMS & CONDITIONS OF SALE:<br>A. 100% payment due on invoice.<br>B. Price includes delivery to Dutch/Belgian port inside 40ft container.<br>C. Machine is approved on pictures and report sold as is with no warranty expressed or implied.<br>D. Machine is free and clear of any liens or encumbrances.<br>E. Ownership of said equipment transfers upon receipt of funds in full.<br>F. All Deposits are non- Refundable.<br><br>Wiring instructions on attached page. | |

| PAY THIS AMOUNT | US$ 64,000/- |
| --- | --- |
| AMOUNT CREDITED | NIL. |

Salesperson Initial: _____

Customer Initial (Title) _____
*Martijn van de Weijer*

Stamp: _____ Date: _____

www.my-equipment.com