UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SEA SHIPPING LINE, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | C.A. No. 4:22-cv-0550 |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| MY EQUIPMENT, LLC | § | |
| | § | |
| *Defendant* | § | |

## NOTICE OF APPEARANCE OF BLAKE E. BACHTEL

PLEASE TAKE NOTICE that the undersigned, Blake E. Bachtel, with the law firm of Royston, Rayzor, Vickery & Williams, LLP, files this Notice of Appearance to serve as co-counsel of record for Sea Shipping Line, Inc., and respectfully requests that the Court update its ECF notification to reflect counsel's appearance.

Respectfully submitted,

  /s/ Blake E. Bachtel
Kevin P. Walters
Texas State Bar No. 20818000
Federal I.D. No. 5649
Blake E. Bachtel
Texas State Bar No. 24116055
Federal I.D. No. 3479533
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
1600 Smith Street, Suite 5000
Houston, Texas 77002-7380
Telephone: (713) 224-8380
Facsimile:   (713) 225-9545
kevin.walters@roystonlaw.com
blake.bachtel@roystonlaw.com

**ATTORNEYS FOR PLAINTIFF**
**SEA SHIPPING LINE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of February, 2022, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

        /s/ *Blake E. Bachtel*
      Blake E. Bachtel