## CAUSE NO. 4:22-CV-00550

| | | |
|---|---|---|
| SEA SHIPPING LINE, INC. | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, |
| | § | |
| MY EQUIPMENT, LLC | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS |

### AFFIDAVIT OF Non Service

"The following came to hand on **Feb 22, 2022, 11:15 am**,

**SUMMONS, PLAINTIFF'S ORIGINAL COMPLAINT,**

For delivery to MY EQUIPMENT, LLC THROUGH ITS REGISTERED AGENT UMER YAZDANI

1) Unsuccessful Attempt: Feb 24, 2022, 4:55 pm CST at 5003 South St, Brookshire, TX 77423

The property address is a vacant lot.

2) Unsuccessful Attempt: Mar 1, 2022, 2:40 pm CST at Broadfield Boulevard Suite 200, Houston, Texas 77084

The registered agent is currently not in the office. I left my card with the receptionist by the name of Vivi who promised to pass it on to him and have him give me a call. She stated that he normally does not come into the office unless he has an appointment

3) Unsuccessful Attempt: Mar 22, 2022, 4:26 pm CDT at Broadfield Boulevard Suite 200, Houston, Texas 77084

Registered Agent is not in I left my card again with Mrs. Tiuana

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Lucious G. Buggs IV**, my date of birth is **10/24/1970**, and my address is **9734 Raisbeck Pl, Houston, Texas 77044**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Harris** County, State of **Texas**, on **March 29, 2022**.

*[signature]*

Lucious G. Buggs IV
Certification Number: PSC 4127
Certification Expiration: 08/31/2022