# AFFIDAVIT OF NON-SERVICE

| Case: 4:22-CV-00550 | Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS | County: | Job: 6722478 |
|---|---|---|---|
| Plaintiff / Petitioner: SEA SHIPPING LINE, INC. | | Defendant / Respondent: MY EQUIPMENT, LLC | |
| Received by: Lindell Charles | | For: COPY QUEST REPRODUCTION SERVICES | |
| To be served upon: MY EQUIPMENT, LLC THROUGH ITS REGISTERED AGENT UMER YAZDANI | | | |

I, Lindell Charles, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | MY EQUIPMENT, LLC THROUGH ITS REGISTERED AGENT UMER YAZDANI, Broadfield Boulevard Suite 200, Houston, Texas 77084 |
| Manner of Service: | Unsuccessful Attempt |
| Documents: | Summons (Received Feb 22, 2022 at 11:15am CST), PLAINTIFF'S ORIGINAL COMPLAINT (Received Feb 22, 2022 at 11:15am CST) |

**Additional Comments:**

1) Unsuccessful Attempt: Mar 16, 2022, 5:05 pm CDT at Mico Machinery: 11201 Richmond Ave 107, Houston, TX 77082
No answer at business after ringing door bell

2) Unsuccessful Attempt: Mar 18, 2022, 2:22 pm CDT at Mico Machinery: 11201 Richmond Ave 107, Houston, TX 77082
The company is Vino Graphix and no My Equipment or Umer Yazdani per Richard who stated his company been here 6 years

*[Signature]*                          03/29/2022

Lindell Charles                        Date

PSC-324