UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Sea Shipping Line, Inc.

v.   Case Number: 4:22–cv–00550

My Equipment, LLC

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/29/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   May 12, 2022

Nathan Ochsner, Clerk