

# The State of Texas
## Secretary of State

2022-337989-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action and Plaintiff's Original Complaint in the cause styled:

    Sea Shipping Line Inc VS My Equipment LLC
    United States District Court Southern District Of Texas
    Cause No: 422CV00550

was received by this office on April 7, 2022, and that a copy was forwarded on April 21, 2022, by CERTIFIED MAIL, return receipt requested to:

    My Equipment LLC
    c/o Registered Agent Umer Yazdani
    1400 Broadfield Blvd., Suite 200
    Houston, TX 77084

As of this date, no response has been received in this office.



Date issued: June 23, 2022

**John B. Scott**
**Secretary of State**
GF/mr