IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SEA SHIPPING LINE, INC.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **Civil Action No. 4:22-cv-0550** |
| **MY EQUIPMENT, LLC** | § § § | |
| **Defendant** | § | |

## ORDER ON DEFENDANT'S RULE 12(b)(1) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

After considering Defendant, My Equipment, LLC's Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction and the response, if any,

It is **ORDERED** that Defendant's Motion is hereby Granted; and

**ORDERED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

_____
**HON. PRESIDING JUDGE**

_____
**Date**

2

Approved and Entry Requested,


/s/ *Stacey L. Barnes*_____
Stacey L. Barnes
SBN: 24006800
sbarnes@kmd.law
Jamison B. Walters
SBN: 24098573
jwalters@kmd.law
KEARNEY, MCWILLIAMS & DAVIS, PLLC
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel: 713-936-9620, ext. 123
Fax: 281-206-0481
***Attorney for Defendant***