UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Sea Shipping Line, Inc.

v.                                            Case Number: 4:22−cv−00550

My Equipment, LLC

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/21/2022

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   October 4, 2022

Nathan Ochsner, Clerk