# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Sea Shipping Line, Inc.

v.                                                        Case Number: 4:22–cv–00550

My Equipment, LLC

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Chief Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/17/2022

**TIME:** 11:40 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 9, 2022                                   Nathan Ochsner, Clerk