IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SEA SHIPPING LINE, INC.** *Plaintiff*, | § § § | |
| v. | § § | C.A. No. 4:22-cv-0550 |
| **MY EQUIPMENT, LLC** *Defendant* | § § § | IN ADMIRALTY, Rule 9(h) |

**PLAINTIFF SEA SHIPPING LINE, INC.'S**
**CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Sea Shipping Line, Inc., through its attorneys Royston, Rayzor, Vickery & Williams, LLP, and pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Doc. 4) and Rule 7.1 of the Federal Rules of Civil procedure, files this its Certificate of Interested Parties listing the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Sea Shipping Line, Inc. – Plaintiff

2. My Equipment, LLC – Defendant.

Respectfully submitted,

By: /s/ Kevin P. Walters
Kevin P. Walters
Texas State Bar No. 20818000
Federal I.D. No. 5649
Blake E. Bachtel
Texas State Bar No. 24116055
Federal I.D. No. 3479533
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
1600 Smith Street, Suite 5000
Houston, Texas 77002-7380
Telephone: (713) 224-8380
Facsimile: (713) 225-9545
kevin.walters@roystonlaw.com
blake.bachtel@roystonlaw.com

**ATTORNEYS FOR PLAINTIFF**
**SEA SHIPPING LINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of November, 2022, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

/s/ Kevin P. Walters
Kevin P. Walters