IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEA SHIPPING LINE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:22-cv-0550 |
| MY EQUIPMENT, LLC | § | |
| | § | |
| Defendant | § | |

## DEFENDANT, MY EQUIPMENT, LLC'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant, My Equipment, LLC, through its attorneys Kearney, McWilliams & Davis PLLC, and pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Doc. 4) and Rule 7.1 of the Federal Rules of Civil Procedure, files this Certificate of Interested Parties listing the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Sea Shipping Line, Inc. –Plaintiff

2. My Equipment, LLC –Defendant.

1

Respectfully submitted,

/s/ *Stacey L. Barnes*
Stacey L. Barnes
SBN: 24006800
sbarnes@kmd.law
Jamison B. Walters
SBN: 24098573
jwalters@kmd.law
KEARNEY, MCWILLIAMS & DAVIS, PLLC
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel: 713-936-9620, ext. 123
Fax: 281-206-0481
***Attorney for Defendant***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of November, 2022, a true and correct copy of the foregoing instrument has been forwarded to all counsel of record and/or pro se parties, by means of the Court's electronic filing system, in accordance with the Rules of Civil Procedure.

Kevin Walters
Blake Bachtel
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
1600 Smith Street, Suite 5000
Houston, Texas 77002-7380

/s/ *Jamison B. Walters*
Jamison B. Walters