# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Sea Shipping Line, Inc.

v.  Case Number: 4:22–cv–00550

My Equipment, LLC

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/23/2023

**TIME:** 03:20 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   January 19, 2023

Nathan Ochsner, Clerk